**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARIA EPLING,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:24-cv-3948** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **STATE OF OHIO,** | : | **Magistrate Judge Elizabeth P. Deavers** |
| | : | |
| **Defendant.** | : | |

**ORDER**

This matter is before this Court on the Magistrate Judge's September 23, 2024, Order and Report and Recommendation ("R&R") (ECF No. 5). For the reasons stated below, the R&R is **ADOPTED**.

Plaintiff Maria Epling, proceeding *pro se*, filed a Complaint against the State of Ohio seeking $76,000,000,000 in "compensation," along with other relief described in the filing. (ECF No. 1-1.)

The Magistrate Judge issued a Report and Recommendation ("R&R") on September 23, 2024 (ECF No. 5), conducting the required initial screen of Plaintiff's *pro se* Complaint (ECF No. 1-1) in light of Plaintiff's *in forma pauperis* status. 28 U.S.C. § 1915(e)(2)(B); (ECF No. 3.) The R&R recommends that the Court dismiss Plaintiff's claims in their entirety, including because the Complaint is frivolous, fails to state a claim upon which relief may be granted, and seeks monetary relief from a defendant immune from such relief. (ECF No. 5 at 1.) The R&R advised the parties that objections must be filed within fourteen days of service. (*Id.* at 7-8.) No party filed objections.

1

When no timely, specific objections are filed, the Court may adopt the R&R without *de novo* review and courts commonly review for clear error, and failure to object ordinarily waives appellate review. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 144-45, 151 (1985); *Howard v. Sec'y of HHS*, 932 F.2d 505, 508-09 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981); *Neuman v. Rivers*, 125 F.3d 315, 322 (6th Cir. 1997).

Having reviewed the record and the R&R, the Court finds no clear error and agrees with the Magistrate Judge's analysis and conclusions. The Court therefore adopts the R&R and dismisses this action pursuant to 28 U.S.C. § 1915(e)(2).

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 5). Plaintiff's Complaint (ECF No. 1-1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2). The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith. The Clerk is **DIRECTED** to enter judgment and **TERMINATE** this case on the Court's docket.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: April 7, 2026**

2